# CASE ANNOUNCEMENTS

*April 10, 2008*

[Cite as *04/10/2008 Case Announcements #2*, 2008-Ohio-1729.]

## MOTION AND PROCEDURAL RULINGS

**2008–0646.   Cambridge Co., Ltd. v. Telsat, Inc.**

Summit App. No. 23935, 2008-Ohio-1056. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's motion for stay and appellee's motion to dismiss,

It is ordered by the court that the motions are denied.

LUNDBERG STRATTON, J., dissents and would grant the motion for stay.

O'DONNELL, J., dissents and would grant the motion to dismiss.

**2008–0663.   State v. McBride.**

Ashland App. No. 06COA036. On motion for stay of judgment and execution of sentence. Motion denied.

MOYER, C.J., and O'CONNOR and O'DONNELL, JJ., dissent and would grant the motion for stay.